# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2023-0856**

Rick Allen Belisle v. State of Alabama (Appeal from Marshall Circuit Court: CC-99-200075.60)

## <u>NOTICE</u>

You are hereby notified that on January 31, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk